FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-22-00227-CV

Kevin **HEADY**,
Appellant

v.

Julieta **HEADY**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-06-37527-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

# O R D E R

After the clerk's record was due to be filed in this court, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record. *See* TEX. R. APP. P. 35.3(a).

We **order** Appellant to provide written proof to this court within **ten days** of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution without further notice. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court